# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 20, 2021

Bridget M. McCormack,
Chief Justice

162338-9 & (12)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

NICHOLAS DAVID BURNETT,
Plaintiff-Appellant,

v

TRACY LYNN AHOLA,
Defendant-Appellee,

and

DEREK AHOLA,
Defendant.

_____/

SC: 162338
COA: 354991
Genesee CC: 14-312262-DP

NICHOLAS DAVID BURNETT,
Plaintiff-Appellant,

v

TRACY LYNN AHOLA and DEREK
AHOLA,
Defendants-Appellees.

_____/

SC: 162339
COA: 354996
Genesee CC: 14-312262-DP

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the November 30, 2020 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 20, 2021



Clerk

b0119